**From:** G▌▌▌▌ S▌▌ ▌▌▌▌▌▌▌▌▌▌▌▌▌▌
**Date:** September 14, 2025 at 4:59:58 PM EDT
**To:** susans.nichols@cms.k12.nc.us
**Subject: School spirit rock**

Dr. Nichols,
My name is G▌▌▌▌ S▌▌ and I am a junior at Ak. I along with two other Ak students painted the spirit rock on Saturday from 4:00-6:00pm.
Prior to painting the rock, I received permission to do so from the school at 2:28pm on Friday.
I acted in good faith. This was not an act of vandalism.

Compl. Ex. 10 at 001