**From:** Charlotte-Mecklenburg Schools via ParentSquare <donotreply+ea985f73-43cf-510a-832c-19f10a97f83d@parentsquare.com>
**Date:** October 11, 2025 at 10:00:15 AM EDT
**To:** ███████████████
**Subject: Ardrey Kell Spirit Rock**

 Charlotte-Mecklenburg Schools

Charlotte-Mecklenburg Schools

**Dear Ardrey Kell Families,**

We hope this message finds you well.

On September 14, 2025, a communication was shared with families from Dr. Nichols. While this message was prepared by our Communications Division, it did not fully reflect the details as reported by Principal Nichols.

To ensure clarity, we'd like to share the following updates:

- The incident in question **was not** an act of vandalism.
- The incident **was not** a violation of the student code of conduct.
- Law enforcement **was not** contacted to conduct an investigation.

The incident did cause a disruption within our school community. Therefore, Dr. Nichols responded by establishing guidelines for the use of the Spirit Rock. As communicated on September 16th, these guidelines are designed to clarify that Spirit Rocks are intended solely to support and promote school-related initiatives such as celebrating academic milestones, cheering on school teams, promoting school clubs, and/or spreading messages of encouragement and congratulations.

We remain committed to clear and accurate communication and continue to take steps to ensure our messages reflect the facts and support our school community in meaningful ways.

Compl. Ex. 17 at 601

Thank you for your continued partnership and engagement.

Warm regards,
CMS Communications Division

Stay involved with your child's learning and activities at school.



You received this email because you are a ParentSquare user in Charlotte-Mecklenburg Schools. If you received this email in error or wish to disable your account, click here to unsubscribe.

ParentSquare Inc · 6144 Calle Real, #200A · Goleta, CA 93117