IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:25-CV-00971

| | |
|---|---|
| G.S., a minor, by and through her parents and natural guardians, STEVEN & KRISTIN STOUT, <br><br>      Plaintiff, <br><br> v. <br><br> CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, <br><br>      Defendant. | **CONSENT FOURTH MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

    **NOW COMES** Defendant, Charlotte-Mecklenburg Board of Education, by and through counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, and hereby moves for an extension of time to answer or otherwise respond to Plaintiff's Complaint by thirty (30) days, through and including Monday, July 6, 2026. In support of this motion Defendant respectfully shows the following:

    1.    The Complaint in this action was filed on December 8, 2025.

    2.    On January 5, 2026, Defendant received a request to waive service of a summons in accordance with Rule 4(d) of the Federal Rules of Civil Procedure. Defendant agreed to waive service and timely returned the waiver.

    3.    Under Rule 4(d)(3), Defendant had sixty days from January 5, 2026, to answer or otherwise respond to the Complaint.

    4.    On March 5, 2026, this Court entered an Order, in response to Defendant's Motion (DE 13), granting Defendant an additional thirty (30) days to respond to the Complaint, through and including April 6, 2026.

    5.    On April 2, 2026, Defendant filed a consent motion for a second extension of time and in support noted that the parties were engaged in discussions to resolve the

case without the need for further litigation.  This Court granted that motion, allowing Defendants through May 6, 2026, to respond to the Complaint.

6.	On May 5, 2026, Defendant filed a consent motion for a third extension of time and in support noted that the parties were engaged in discussions to resolve the case without the need for further litigation.  This Court granted that motion, allowing Defendants through June 5, 2026, to respond to the Complaint.

7.	Over the past 30 days, the parties have continued discussions and made substantial progress toward resolving the case.  The parties desire to continue their work toward resolving the case prior to Defendant filing a response to the Complaint.

8.	Accordingly, Defendant requests, with Plaintiff's consent, an additional thirty (30) day extension so that the parties may finalize settlement discussions.

WHEREFORE, Defendant Charlotte-Mecklenburg Board of Education respectfully requests a thirty (30) day extension of time to respond to Plaintiff's Complaint, through and including Monday, July 6, 2026.  This motion is not intended as and should not be construed as a waiver of any defenses the Defendant may have to any or all of the Plaintiff's claims.

Respectfully submitted, this the 4th day of June, 2026.

THARRINGTON SMITH, LLP

*/s/ Colin A. Shive*
Colin A. Shive
N.C. Bar No. 43202
Neal A. Ramee
N.C. Bar No. 31745
150 Fayetteville Street, Suite 1900
P.O. Box 1151
Raleigh, NC 27602
Phone:  (919) 821-4711
Fax:  (919) 829-1583
cshive@tharringtonsmith.com
nramee@tharringtonsmith.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 4th day of June, 2026, I electronically filed the foregoing CONSENT FOURTH MOTION FOR EXTENSION OF TIME with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record.

DAVID A. CORTMAN
TRAVIS C. BARHAM
1000 Hurricane Shoals Rd. NE, Ste. D-1100
Lawrenceville, Georgia 30043
dcortman@ADFlegal.org
tbarham@ADFlegal.org

TYSON C. LANGHOFER
MATTHEW C. RAY
**ALLIANCE DEFENDING FREEDOM**
44180 Riverside Parkway
Lansdowne, Virginia 20176
tlanghofer@ADFlegal.org
mray@ADFlegal.org

CRAIG D. SCHAUER
**DOWLING PLLC**
3801 Lake Boone Trail, Suite 260
Raleigh, North Carolina 27607
cschauer@dowlingfirm.com

THARRINGTON SMITH, L.L.P.

*/s/ Colin A. Shive*
Colin A. Shive
N.C. Bar No. 43202
cshive@tharringtonsmith.com
*Counsel for Defendant*