IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:25-CV-00971

G.S., a minor, by and through her parents and
natural guardians, STEVEN & KRISTIN
STOUT,

       Plaintiff,

v.

CHARLOTTE-MECKLENBURG BOARD OF
EDUCATION,

       Defendant.

**JOINT NOTICE OF SETTLEMENT AND
MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT**

**NOW COMES** Plaintiff G.S., a minor, by and through her parents and natural guardians, Steven and Kristin Stout, and Defendant, Charlotte-Mecklenburg Board of Education, both by and through counsel ("the parties") and hereby notify the Court that the parties have reached a settlement in this matter and are jointly moving for a brief, ten (10) day extension of time, through and including July 2, 2026, of Defendant's deadline to respond to the Complaint to allow for the transfer of settlement funds and Plaintiff's filing of a notice of dismissal with prejudice. In support of this motion the parties respectfully state as follows:

1.      The parties have reached a settlement in this matter, the terms of which are contained in a settlement agreement fully executed as of June 14, 2026.

2.      Defendant has taken all actions required under the settlement agreement to meet the conditions precedent to Plaintiff filing a notice of dismissal with prejudice of her Complaint, except that Plaintiff has not yet received the settlement funds.

3.      Defendant mailed the agreed upon settlement funds to Plaintiff's counsel via overnight USPS certified mail on Thursday, June 18, 2026.

4. Due to the June 19, 2026, federal holiday, the settlement funds have not been delivered to Plaintiff's counsel, but are expected to be delivered by 9:00 p.m. today, Monday, June 22, 2026.

5. Plaintiff will file her notice of dismissal with prejudice promptly after, and no later than five (5) days after, receiving the agreed upon settlement funds.

WHEREFORE, the Parties respectfully request a ten (10) day extension of time of Defendant's deadline to respond to Plaintiff's Complaint, through and including Thursday, July 2, 2026.

Respectfully submitted, this the 22nd day of June, 2026.

/s/ Colin A. Shive

Colin A. Shive
N.C. Bar No. 43202
Neal A. Ramee
N.C. Bar No. 31745
THARRINGTON SMITH, LLP
150 Fayetteville Street, Suite 1900
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
cshive@tharringtonsmith.com
nramee@tharringtonsmith.com

*Attorneys for Defendants*

/s/ Travis C. Barham

David A. Cortman
Georgia Bar No. 188810
Travis C. Barham
Arizona Bar No. 024867
Georgia Bar No. 753251
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE, Ste. D-1100
Lawrenceville, Georgia 30043
Telephone: (770) 339–0774
Facsimile: (770) 339–6744
dcortman@ADFlegal.org
tbarham@ADFlegal.org

Tyson C. Langhofer
Arizona Bar No. 032589
Matthew C. Ray
Virginia Bar No. 100510
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, Virginia 20176
Telephone: (571) 707–4655
Facsimile: (571) 707–4790
tlanghofer@ADFlegal.org
mray@ADFlegal.org

Craig D. Schauer
North Carolina Bar No. 41571
DOWLING PLLC
3801 Lake Boone Trail, Suite 260

Raleigh, North Carolina 27607
Telephone: (919) 529–3351
Facsimile: (919) 651–4439
cschauer@dowlingfirm.com

*Attorneys for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 22nd day of June, 2026, I electronically filed the foregoing JOINT NOTICE OF SETTLEMENT AND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record.

DAVID A. CORTMAN
TRAVIS C. BARHAM
1000 Hurricane Shoals Rd. NE, Ste. D-1100
Lawrenceville, Georgia 30043
dcortman@ADFlegal.org
tbarham@ADFlegal.org

TYSON C. LANGHOFER
MATTHEW C. RAY
**ALLIANCE DEFENDING FREEDOM**
44180 Riverside Parkway
Lansdowne, Virginia 20176
tlanghofer@ADFlegal.org
mray@ADFlegal.org

CRAIG D. SCHAUER
**DOWLING PLLC**
3801 Lake Boone Trail, Suite 260
Raleigh, North Carolina 27607
cschauer@dowlingfirm.com

THARRINGTON SMITH, L.L.P.

*/s/ Colin A. Shive*
Colin A. Shive
N.C. Bar No. 43202
cshive@tharringtonsmith.com
*Counsel for Defendant*