**G.S.**, a minor by and through her parents and natural guardians, **STEVEN & KRISTIN STOUT**,

*Plaintiff,*

*v.*

**CHARLOTTE-MECKLENBURG BOARD OF EDUCATION**,

*Defendant.*

Case No: 3:25-cv-00971-MEO-DCK

**THE HONORABLE MATTHEW E. ORSO**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Under FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff stipulates that this case should be dismissed with prejudice as the parties have settled all claims raised in this litigation.

Respectfully submitted this 1st day of July, 2026.

*/s/ Travis C. Barham*

DAVID A. CORTMAN*
Georgia Bar No. 188810
TRAVIS C. BARHAM*
Arizona Bar No. 024867
Georgia Bar No. 753251
**ALLIANCE DEFENDING FREEDOM**
1000 Hurricane Shoals Rd. NE, Ste. D-1100
Lawrenceville, Georgia 30043
Telephone: (770) 339–0774
Facsimile: (770) 339–6744
dcortman@ADFlegal.org
tbarham@ADFlegal.org

TYSON C. LANGHOFER*
Arizona Bar No. 032589
MATTHEW C. RAY*
Virginia Bar No. 100510
**ALLIANCE DEFENDING FREEDOM**
44180 Riverside Parkway
Lansdowne, Virginia 20176
Telephone: (571) 707–4655
Facsimile: (571) 707–4790
tlanghofer@ADFlegal.org
mray@ADFlegal.org

* Admitted *pro hac vice.*

CRAIG D. SCHAUER
North Carolina Bar No. 41571
**DOWLING PLLC**
3801 Lake Boone Trail, Suite 260
Raleigh, North Carolina 27607
Telephone: (919) 529–3351
Facsimile: (919) 651–4439
cschauer@dowlingfirm.com

*Local Counsel under LCvR 83.1*

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July, 2026, I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all attorneys of record.

Respectfully submitted on this the 1st day of July, 2026.

/s/ Travis C. Barham

TRAVIS C. BARHAM
*Attorney for Plaintiff*